```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 43919
   EMMA LEE SIMMONS
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0109
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/29/04 and confirmed on 01/25/05.

2. The case was dismissed after confirmation, 12/21/2007.

3. The Debtor paid a total of $ 50720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL MORTGAGE | CURRENT MORTG | 37263.56 | .00 | 37263.56 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 2285.16 | .00 | 2285.16 |
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 27.16 | 500.00 |
| WELLS FARGO FINANCIAL RE | SECURED | 500.00 | 27.16 | 500.00 |
| CITIFINANCIAL | UNSECURED | 4127.99 | 487.75 | 1230.20 |
| RUSSET WEST OAKSIDE TOWN | SECURED | 732.00 | 71.91 | 732.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 609.84 | 25.79 | 609.84 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 478.03 | 31.48 | 142.43 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 592.79 | 39.02 | 176.67 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CREDIT UNION | UNSECURED | 3597.16 | 260.17 | 1072.00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | 827.04 | 78.63 | 246.47 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 2922.76 | 211.41 | 871.03 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41280.72 | 609.84 | 12545.77 | .00 | 54436.33 |
| PRINCIPAL PAID | 41280.72 | 609.84 | 3738.80 | .00 | 45629.36 |
| INTEREST PAID | 126.23 | 25.79 | 1108.46 | .00 | 1260.48 |
| TOTAL PAID | 41406.95 | 635.63 | 4847.26 | .00 | 46889.84 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $ 2700.00 and was paid $ 1000.00 direct and $ 1700.00 through the plan.

The Trustee received $ 2130.16 .

Refunds to the Debtor totaled $     .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE